# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2243 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Board File Nos. C4-14-374, C4-15-667, |
| | : | C4-15-846, C4-15-847, C4-15-906, |
| v. | : | C4-15-985, C4-15-990, and C4-16-35 |
| | : | |
| DANIEL JAMES DOMENICK | : | Attorney Registration No. 312682 |
| | : | |
| Respondent | : | (Allegheny County) |
| | : | |

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of February, 2016, upon consideration of the responses to a Rule to Show Cause why Respondent should not be placed on temporary suspension, the Rule is made absolute and it is provided that:

1.  Respondent is placed on temporary suspension until further definitive action by this Court;

2.  Respondent shall comply with the provisions of Pa.R.D.E. 217;

3.  The President Judge of the Court of Common Pleas of Allegheny County shall enter such orders as may be necessary to fully protect the rights of Respondent's clients or fiduciary entities with which he is involved, *see* Pa.R.D.E. 217(g);

4.  All financial institutions in which Respondent holds fiduciary funds shall freeze such accounts pending further action;

5.  Respondent shall confirm that he has provided the Office of Disciplinary Counsel with a list of the names and addresses of all clients and other entities he is

currently representing or with respect to which he is a fiduciary, as well as the banks and account number in which the funds are currently maintained. Respondent shall further confirm that he has ceased accepting fee payments from clients who reside in jurisdictions where Respondent is not permitted to practice law.

Respondent's rights to petition for dissolution or amendment of this order pursuant to Pa.R.D.E. 208(f)(6), and to request accelerated disposition of charges underlying this order pursuant to 208(f)(6), are specifically preserved.

This Order constitutes an imposition of public discipline pertaining to confidentiality. *See* Pa.R.D.E. 402.


Justice Eakin did not participate in the consideration or decision of this matter.